**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KAZIM KILIC, | No. 4:26-CV-01316 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| CRAIG A. LOWE, *Warden, Pike County Correctional Facility*, *et al.*, | |
| Respondents. | |

## ORDER

**MAY 29, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Kilic's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** either shall release Kilic on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Kilic with an individualized bond hearing at which he may present evidence on or before Monday, June 15, 2026;

3. On or before Thursday, June 25, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of the

reasons for such denial (beyond simply stating that Petitioner was found

to be a danger or flight risk); and

4.      The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*s/Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

2